**MUSICK, PEELER & GARRETT LLP**

624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600
Facsimile (213) 624-1376

William A. Bossen (State Bar No. 131438)
 w.bossen@musickpeeler.com
Jacquelene A. Marcott (State Bar No. 305628)
 j.marcott@musickpeeler.com

Attorneys for Defendants MARTEN TRANSPORT SERVICES, LTD. and MARTEN TRANSPORT, LTD.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MOAWIAH ALBALAWNEH,<br><br>    Plaintiff,<br><br>  vs.<br><br>DUSTIN SCOTT STIPEK; MARTEN TRANSPORT SERVICES, LTD.; MARTEN TRANSPORT, LTD.; and DOES 1-50, INCLUSIVE,<br><br>    Defendants. | Case No. 5:21-cv-8633<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) [DIVERSITY JURISDICTION]**<br><br>*[Filed and Served Concurrently with Civil Case Cover Sheet, Declaration of Jacquelene A. Marcott, Notice of Interested Parties, and Certificate of Service]* |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HIS ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Defendants MARTEN TRANSPORT SERVICES, LTD. and MARTEN TRANSPORT, LTD. hereby remove the above-entitled action from the Superior Court of the State of California for the County of Riverside, Case No. CVRI2104283, to the United States District Court, Central District of California – Eastern Division, pursuant to 28 U.S.C. §§ 1332 and 1441, *et seq*. As set forth below, removal is proper based on diversity jurisdiction.

## I.    FILING AND SERVICES OF THE COMPLAINT

1. On or about September 21, 2021, Plaintiff MOAWIAH ALBALAWNEH filed in the Superior Court of the State of California, County of Riverside, the civil action bearing the title *Moawiah Albalawneh v. Dustin Scott Stipek, Marten Transport Services, Ltd., Marten Transport, Ltd., and Does 1-50*, bearing Case No. CVRI2104283 in the records and files of that Court ("State Court Action"). A copy of the online docket for this matter is attached hereto as Exhibit "A." Copies of all pleadings obtainable for this matter, including the Complaint, are attached hereto as Exhibit "B."

2. Defendant MARTEN TRANSPORT SERVICES, LTD. was first served with the Complaint in this action on October 15, 2021. Declaration of Jacquelene A. Marcott filed concurrently herewith ("Marcott Dec."), ¶ 2; Exhibit 1 thereto.

3. Defendant MARTEN TRANSPORT, LTD. was first served with the Complaint in this action on October 15, 2021. Marcott Dec., ¶ 3; Exhibit 2 thereto.

## REMOVAL JURISDICTION

4. This action is being removed to Federal Court on the basis of Federal Diversity Jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendants MARTEN TRANSPORT SERVICES, LTD. and MARTEN TRANSPORT, LTD. pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action wherein the matter in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs, and is between citizens of different states.

## CITIZENSHIP

5. Defendant DUSTIN SCOTT STIPEK is now, and was at the time the State Court Action was filed, a citizen of the State of Indiana such that he is domiciled in the State of Indiana. Marcott Dec., ¶ 4. Moreover, Defendant DUSTIN SCOTT STIPEK consents to the removal of the State Court Action to the

1  United States District Court for the Central District of California – Eastern Division,
2  as well as the subsequent transfer of the State Court Action to the Southern District
3  of Indiana. Marcott Dec., ¶ 4.

4       6.    Defendant MARTEN TRANSPORT SERVICES, LTD. is now, and
5  was at the time the State Court Action was filed, a corporation organized and
6  existing under the laws of the State of Delaware, with its principal place of business
7  in Wisconsin. Marcott Dec., ¶ 5; Exhibit 3 thereto.

8       7.    Defendant MARTEN TRANSPORT, LTD. is now, and was at the time
9  the State Court Action was filed, a corporation organized and existing under the
10 laws of the State of Delaware, with its principal place of business in Wisconsin.
11 Marcott Dec., ¶ 6; Exhibit 4 thereto.

12      8.    Plaintiff MOAWIAH ALBALAWNEH is now, and was at the time the
13 State Court Action was filed, a citizen of the State of California such that he is
14 domiciled in the State of California. Marcott Dec., ¶ 7.

15      9.    None of the defendants in the State Court Action are citizens of
16 California.

17                       **AMOUNT IN CONTROVERSY**

18      10.    In this civil action between citizens of different states, the matter in
19 controversy exceeds the sum of $75,000.

20      11.    Plaintiff MOAWIAH ALBALAWNEH alleges in his Complaint that,
21 on December 31, 2019 at approximately 7:03 a.m., he was parked at the Pilot Travel
22 Center semi-truck parking lot located at 2630 North 600 West, in the city of
23 Greenfield, in the State of Indiana. At that time, Plaintiff MOAWIAH
24 ALBALAWNEH was in the sleeper compartment of his semi-truck parked next to
25 another truck driven by Defendant DUSTIN SCOTT STIPEK that had an attached
26 trailer owned by Defendants MARTEN TRANSPORT SERVICES, LTD. and
27 MARTEN TRANSPORT, LTD. Defendant DUSTIN SCOTT STIPEK then began
28 maneuvering out of the Pilot parking lot and, as he was doing so, the back right of

Defendants MARTEN TRANSPORT SERVICES, LTD. and MARTEN TRANSPORT, LTD.'S trailer struck against Plaintiff MOAWIAH ALBALAWNEH'S truck, waking him up.  Plaintiff MOAWIAH ALBALAWNEH, then visibly shaken, promptly got out of his sleeper compartment and attempted to get Defendant DUSTIN SCOTT STIPEK'S attention.  Plaintiff MOAWIAH ALBALAWNEH further alleges that Defendant DUSTIN SCOTT STIPEK then backed up his semi-truck, slamming Defendants MARTEN TRANSPORT SERVICES, LTD. and MARTEN TRANSPORT, LTD.'S trailer directly into Plaintiff MOAWIAH ALBALAWNEH, causing him to be thrown to the ground.  Plaintiff MOAWIAH ALBALAWNEH further alleges that he then got up and pursued Defendant DUSTIN SCOTT STIPEK on foot.  However, according to Plaintiff MOAWIAH ALBALAWNEH, Defendant DUSTIN SCOTT STIPEK proceeded to flee the scene, leaving Plaintiff MOAWIAH ALBALAWNEH alone and clearly injured.  Plaintiff MOAWIAH ALBALAWNEH claims to have suffered physical injuries and emotional distress as a result of this incident, as well as damages including, but not limited to, past and future lost income and benefits, as well as emotional distress, including humiliation, mental anguish and physical distress, and injury to mind and body.  Complaint, ¶¶ 16-17, 28-29, 37-38.  Although not specifically plead, it is facially apparent from the Complaint that the amount in controversy in this action is in excess of $75,000.  Marcott Dec., ¶ 8; see *Luckett v. Delta Airlines, Inc.*, 171 F.3d 295, 298 (5th Cir. 1999) (finding it "facially apparent" from the Complaint that the amount in controversy is satisfied because "based on a tort theory of recovery, appellant alleges damages for property, travel expenses, an emergency ambulance trip, a six day stay in the hospital, pain and suffering, humiliation, and her temporary inability to do housework after the hospitalization."); *White v. FCI USA, Inc.*, 319 F.3d 672, 675 (5th Cir. 2003) (In a wrongful termination action, "The district court concluded it was 'more probable than not' that the lengthy list of compensatory and punitive damages sought by

[plaintiff], when combined with attorney's fees, would exceed $75,000.").

## TIMELINESS OF REMOVAL

12. This action was filed on September 21, 2021. Defendant MARTEN TRANSPORT SERVICES, LTD. was served with the Complaint on October 15, 2021, while Defendant MARTEN TRANSPORT, LTD. was served with the Complaint on October 15, 2021. Marcott Dec., ¶¶ 2-3; Exhibits 1 and 2. As Defendants MARTEN TRANSPORT SERVICES, LTD. and MARTEN TRANSPORT, LTD. have filed this Notice of Removal within thirty (30) days after the date on which they first received notice that this civil action was removable, this removal is timely.

## VENUE

13. The United States District Court for the Central District of California – Eastern Division is a proper venue in that: (1) the action being removed was filed in the Superior Court of the State of California, County of Riverside; and (2) the incident that led to the underlying lawsuit occurred in the State of Indiana. Exhibit "B." Moreover, following the removal of the State Court Action to the Central District of California – Eastern Division, Defendants MARTEN TRANSPORT SERVICES, LTD. and MARTEN TRANSPORT, LTD. intend to seek a transfer of the State Court Action to the more appropriate venue of the Southern District of Indiana. Marcott Dec., ¶ 10.

## STATE COURT DOCUMENTS

14. As noted above, attached hereto and marked as Exhibit "A" are true and correct copies of all pleadings, processes, notices and orders filed in the Superior Court of the State of California, County of Riverside and which have been served upon Defendants MARTEN TRANSPORT SERVICES, LTD. and MARTEN TRANSPORT, LTD. and which Defendants MARTEN TRANSPORT SERVICES, LTD. and MARTEN TRANSPORT, LTD. have obtained from the Superior Court website.

### NOTICE OF FILING IN THE SUPERIOR COURT

15. A written Notice of Filing of this Notice of Removal will be filed with the Clerk of the Superior Court of the State of California, County of Riverside, and will serve a copy on Plaintiff MOAWIAH ALBALAWNEH, as required by 28 U.S.C. § 1446(b).

### CIVIL COVER SHEET, OTHER DOCUMENTS AND FEE

16. Accompanying this Notice of Removal are a Civil Cover Sheet, Notice of Interested Parties, Declaration, Certificate of Services, and filing fee paid to the Court.

### PRAYER

WHEREFORE, Defendants MARTEN TRANSPORT SERVICES, LTD. and MARTEN TRANSPORT, LTD. respectfully request that this action be removed to the United States District Court in and for the Central District of California – Eastern Division, from the Superior Court of the State of California, County of Riverside.

DATED: November 2, 2021          MUSICK, PEELER & GARRETT LLP


By: _____
William A. Bossen
Jacquelene A. Marcott
Attorneys for Defendants MARTEN
TRANSPORT SERVICES, LTD. and
MARTEN TRANSPORT, LTD.